ANDREW M. ZACKS (SBN 147794)
SARAH M. K. HOFFMAN (SBN 308568)
ZACKS, FREEDMAN & PATTERSON, PC
235 Montgomery Street, Suite 400
San Francisco, CA 94104
Tel: (415) 956-8100
Fax: (415) 288-9755
az@zfplaw.com
sarah@zfplaw.com

Attorneys for Plaintiffs:
Erin Leigh Maher, Jason Reindorp, Nick Medina, Monica Calmet, South Of Market Business Association, 570 Jessie LLC, Sierrec LLC dba Montesacro Pinseria Romana, Megali Souvla Inc. dba Souvla, Design Like Whoa, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN LEIGH MAHER, JASON REINDORP, NICK MEDINA, MONICA CALMET, SOUTH OF MARKET BUSINESS ASSOCIATION, 570 JESSIE LLC, SIERREC LLC dba MONTESACRO PINSERIA ROMANA, MEGALI SOUVLA INC. dba SOUVLA, DESIGN LIKE WHOA, LLC,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal entity,<br><br>    Defendant. | Case Number: 4:20-cv-04771-KAW<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Erin Leigh Maher, Jason Reindorp, Nick Medina, Monica Calmet, South Of Market Business Association, 570 Jessie LLC, Sierrec LLC dba Montesacro Pinseria Romana, Megali Souvla Inc. dba Souvla, and Design Like Whoa, LLC, by and through their undersigned counsel, hereby voluntarily dismiss without prejudice this action in its entirety.

Dated: August 24, 2020

ZACKS, FREEDMAN & PATTERSON, PC

By: Sarah M.K. Hoffman
Attorney for Plaintiffs

**PROOF OF SERVICE**
United States District Court
Northern District of California Case Number: 4:20-cv-04771-KAW

I, Chandni Mistry, declare that:

I am employed in the County of San Francisco, State of California. I am over the age of 18, and am not a party to this action. My business address is 235 Montgomery Street, Suite 400, San Francisco, California 94104.

On August 24, 2020, I served:

**NOTICE OF DISMISSAL**

in said cause addressed as follows:

Ryan Stevens
Tara Steeley
Jeremy Goldman
Renee Rosenblit
City and County of San Francisco
San Francisco City Attorney's Office at Fox Plaza
1390 Market Street, 7th Floor
San Francisco, CA 94102
Ryan.Stevens@sfcityatty.org
Tara.Steeley@sfcityatty.org
Jeremy.Goldman@sfcityatty.org
Renee.Rosenblit@sfcityatty.org

------------------------------------------

/XX/ **(BY MAIL)** By placing a true copy thereof enclosed in a sealed envelope. I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at San Francisco, California, following ordinary business practices.

/XX/ **(BY ELECTRONIC MAIL)** I caused the said document to be transmitted by electronic mail to the addresses noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 24, 2020 at San Francisco, California.

_____
CHANDNI MISTRY

*PROOF OF SERVICE*